UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ24-298 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| EDWARD JAMES CREED, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:    Possession of Child Pornography

<u>Date of Detention Hearing</u>:    June 4, 2024.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

      1.    Defendant was not interviewed by Pretrial Services, so much of his background

DETENTION ORDER
PAGE -1

information is unknown or unverified. Defendant's criminal record includes Rape of a Child in the First Degree, Domestic Violence. His supervision records indicate a return to custody in early 2019 and termination from sex offender treatment due to lack of responsivity. His release was revoked in May 2024 by the Indeterminate Sentence Review Board. The question of release is essentially moot, since defendant would be returned to state custody if not detained by this Court. For that reason, defendant does not contest detention.

2.    Defendant poses a risk of nonappearance based on criminal activity and other noncompliance while under prior supervision, as well as lack of verified background information and unknown release plans. Defendant poses a risk of danger based on the nature of the instant offense, criminal history, and criminal activity and other noncompliance while under supervision, including noncompliance with sex offender treatment.

3.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 4th day of June, 2024.

Mary Alice Theiler
United States Magistrate Judge