JUDGE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-103-KKE |
| Plaintiff, | |
| vs. | ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| EDWARD JAMES CREED, | |
| Defendant. | |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline and the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from July 11, 2024, to July 25, 2024.

DONE this 11th day of July 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Edward Creed

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(*U.S. v. Creed,* CR24-103-KKE.)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**