The Honorable Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES EDWARD CREED.,<br><br>Defendant. | NO. CR24-103-KKE<br><br>ORDER REVOKING DETENTION ORDER AND RETURNING DEFENDANT TO THE CUSTODY OF THE DEPARTMENT OF CORRECTIONS |

On June 4, 2024, Defendant James Edward Creed was transported to the United States District Court for the Western District of Washington from the Department of Corrections for an initial appearance and detention hearing, after which Mr. Creed was detained pending trial. Dkt. 11.

Mr. Creed filed a Motion to Show Cause concerning a lack of needed medical care provided at the Federal Detention Center (Dkt. 27), and the government responded (Dkt. 28) requesting to revoke the Order for Detention (Dkt. 11) and to return Mr. Creed to the Department of Corrections to serve time imposed on his violations of community custody under Kitsap Superior Court Case #08-1-00890-6 until a Writ Habeas Corpus Ad Prosequendum returns him to United States District Court for the Western District of Washington for sentencing.

//

ORDER REVOKING DETENTION ORDER - 1
*United States v. Creed, CR24-103-KKE*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

IT IS THEREFORE ORDERED:

(1) The Court GRANTS the parties' joint request to revoke;

(2) Mr. Creed's Order of Detention is hereby revoked;

(3) Mr. Creed shall be released to the custody of the Department of Corrections pending sentencing;

(4) A United States Marshal shall transport Mr. Creed to a Department of Corrections facility for the purpose of serving the twenty-four months imprisonment imposed pursuant to his violations of community custody under Kitsap County Superior Court Cause #08-1-00890-6;

(5) The Clerk shall direct copies of this Order to the United States Marshal, and to the United States Pretrial Services Officer;

(6) The government shall file a Writ Habeas Corpus Ad Prosequendum seeking to return Mr. Creed to United States District Court for the Western District of Washington by November 12, 2024, for sentencing; and

(7) The Clerk is directed to terminate Dkt. No. 27.

DATED this 14th day of August, 2024.

Kymberly K. Evanson
United States District Judge

Presented by:

*/s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney

ORDER REVOKING DETENTION ORDER - 2
*United States v. Creed, CR24-103-KKE*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970