UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR24-00103-KKE |
|---|---|
| Plaintiff, | ORDER TO SEAL MOTION TO SHOW CAUSE |
| v. | |
| JAMES CREED, | |
| Defendant. | |

THE COURT has considered the defense's motion to file the Motion to Show Cause and supporting exhibits under seal and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that the Motion to Show Cause and supporting exhibits be filed under seal.

Dated this 14th day of August, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER TO SEAL MOTION TO SHOW CAUSE - 1