The Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD JAMES CREED, <br><br> Defendant. | NO. CR24-103-KKE <br><br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following property, (the "Subject Property"), which has already been forfeited by Defendant Edward James Creed:

a. One Samsung phone, seized from Defendant's residence in Des Moines, Washington, on or about March 28, 2024.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On October 17, 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2253(a) as property used to commit or to facilitate Defendant's commission of *Possession of Child Pornography*, in violation of 18 U.S.C. § 2252(a)(4)(B)

Final Order of Forfeiture - 1
*United States v. Edward James Creed,* CR24-103-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and (b)(2), and forfeiting Defendant's interest in such property (Dkt. No. 38).

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 42), and did not identify any potential claimants who should receive direct notice of the pending forfeiture, as required by Fed. R. Crim. P. 32.2(b)(6)(A); and,

- The time for filing third-party claims has expired, and none were filed.

Final Order of Forfeiture - 2
*United States v. Edward James Creed,* CR24-103-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States.

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Homeland Security, Customs and Border Protection, and/or their representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 21st day of January, 2025.

*[signature]*

THE HON. KYMBERLY K. EVANSON
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Edward James Creed,* CR24-103-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970